UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GINA G. GRAY,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

COLLECTION INFORMATION
BUREAU, INC.,

    Defendant.

_____/

## CLASS ACTION COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, GINA G. GRAY, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, COLLECTION INFORMATION BUREAU, INC., is a corporation and citizen of the State of Florida with its principal place of business at 202 North Federal Highway, Lake Worth, Florida 33460.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt for medical services due Holy Cross Hospital arising from an alleged debt incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> August 10, 2009 – Pre-Recorded Message
> Hello, this is Ted Lee with an important message for Gina Gray. We must speak with you as soon as possible regarding your account number 8559222. If this is an incorrect number, please contact us at 1-800-841-3520. CIB has been hired to pursue further efforts against you for the resolution of account number 8559222. We have made numerous attempts to contact you for the purpose of resolving this issue. This message is sent to you as a courtesy, giving you the opportunity to voluntarily resolve your past due account. Our

2

telephone number is 1-800-841-3520 and your account number is 8559222. Please call.

September 9, 2009 – Pre-Recorded Message
Hello, this is Ted Lee with an important message for Gina Gray. Please contact me at 800-841-3520 to receive your message. If this number is incorrect for Gina Gray, please call me to report the wrong number. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

September 18, 2009 – Pre-Recorded Message
Hello, this is Ted Lee with an important message for Gina Gray. Please contact me at 800-841-3520 to receive your message. If this number is incorrect for Gina Gray, please call me to report the wrong number. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

November 5, 2009 – Pre-Recorded Message
Hello, this is Ted Lee with an important message for Gina Gray. We must speak with you as soon as possible regarding your account number 8559222. If this is an incorrect number, please contact us at 1-800-841-3520. CIB has been hired to pursue further effort against you for the resolution of account number 8559222. We have made numerous attempts to contact you for the purpose of resolving this issue. This message is sent to you as a courtesy, giving you the opportunity to voluntarily resolve your past due account. Our telephone number is 1-800-841-3520 and your account number is 8559222. Please contact.

November 12, 2009 – Pre-Recorded Message
Hello, this is Ted Lee with an important message for Gina Gray. We must speak with you as soon as possible regarding your account number 8559222. If this is an incorrect number, please contact us at 1-800-841-3520. CIB has been hired to pursue further efforts against you for the resolution of account number 8559222. We have made numerous attempts to contact you for the purpose of resolving this issue. This message is sent to you as a courtesy, giving you the opportunity to voluntarily resolve your past due account. Our telephone number is 1-800-841-3520 and your account number is 8559222. Please contact.

11. Based upon information and belief, Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2).

13. Regarding the September 18, 2009, message, Defendant failed to disclose its name.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

## CLASS ACTION ALLEGATIONS

16. Plaintiff incorporates the foregoing paragraphs.

17. This action is brought on behalf of a class defined as:

  a. all United States residents for whom Defendant left a pre-recorded telephone message in which it failed to make meaningful disclosure of its identity,

  b. in an attempt to collect a debt incurred for personal, family or household purposes

  c. due Holy Cross Hospital

  d. during the one-year period prior to the filing of the complaint in this matter through the date of class certification.

18. Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

19. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members.  The principal issues are:

  a. whether Defendant's messages violate the FDCPA and

  b. whether Defendant is a debt collector.

20. The claims of Plaintiff are typical of those of the class members.  All are based on the same facts and legal theories.

21. Plaintiff will fairly and adequately protect the interests of the class.  Plaintiff has retained counsel experienced in handling actions involving unlawful

practices under the FDCPA and class actions. Neither Plaintiff nor his counsel have any interests which might cause them not to vigorously pursue this action.

22. Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is appropriate in that Defendant has acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

23. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

    a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

    b. A class action is superior to other available methods for the fair and efficient adjudication of the controversy

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of herself and the class and against Defendant for:

    a. Certification of this matter to proceed as a class action;

    b. Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B);

    c. Attorney's fees, litigation expenses and costs of suit; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658