UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61734-Civ-Jordan/Bandstra

GINA G. GRAY,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

COLLECTION INFORMATION BUREAU, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Gina G. Gray, submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to Plaintiff's damages and Defendant has represented that it will pay Plaintiff the settlement money this week and the parties will then file a dismissal with prejudice with the Court to retain jurisdiction regarding Plaintiff's attorney fees and costs.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61734-Civ-Jordan/Bandstra

GINA G. GRAY,
on behalf of herself and
all others similarly situated,

    Plaintiff,
v.

COLLECTION INFORMATION BUREAU, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     s/Donald A. Yarbrough
                                                     Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF