UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.10-61734-CIV-JORDAN

| | |
|---|---|
| GINA G. GRAY, | ) |
|     Plaintiff | ) ) ) |
| vs. | ) |
| COLLECTION INFORMATION BUREAU, INC., | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE & CLOSING CASE**

In light of the notice of settlement [D.E. 33], this action against Collection Information Bureau, Inc. is DISMISSED WITHOUT PREJUDICE. After payment of the settlement money to the plaintiff, the parties may convert this dismissal into one with prejudice by filing a joint motion so stipulating.

Upon request by the parties, the court will retain jurisdiction over the issue of attorneys' fees and costs. Separtely

This case is CLOSED. Any and all pending motions are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of December, 2011.

                                                _____
                                                Adalberto Jordan
                                                United States District Judge

Copy to:      All counsel of record