UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61734-Civ-COOKE

GINA G. GRAY,
*on behalf of herself and
others similarly situated*,

      Plaintiff

vs.

COLLECTION INFORMATION BUREAU, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE is before me on the parties' Joint Motion to Dismiss the Case with Prejudice. (ECF No. 35). The parties move the Court to dismiss the case with prejudice and retain jurisdiction. Pursuant to this request, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** *with prejudice*.

2. This Court shall retain jurisdiction over this matter regarding the issue of attorney fees and costs. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 16th day of November 2012.

                                                  MARCIA G. COOKE
                                                  United States District Judge

Copies furnished to:

*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*